NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHERRIL K. STILLWELL,**
*Petitioner-Appellant*

**v.**

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee*

---

2015-5005

---

Appeal from the United States Court of Federal Claims in No. 1:11-vv-00077-LB, Judge Lawrence J. Block.

---

**JUDGMENT**

---

SOL P. AJALAT, Ajalat & Ajalat, LLP, North Hollywood, CA, argued for petitioner-appellant.

ALEXIS B. BABCOCK, Vaccine/Torts Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by JOYCE R. BRANDA, RUPA BHATTACHARYYA, VINCENT J. MATANOSKI, VORIS E. JOHNSON, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, SCHALL, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 June 15, 2015              /s/  Daniel  E.  O'Toole
     Date                    Daniel E. O'Toole
                             Clerk of Court